IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **NO. 05-CR-30015-DRH** |
| ) | |
| **TIMOTHY WEDDLE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**HERNDON, District Judge:**

Before the Court is Attorney Robert Herman's motion to withdraw as counsel in the above-captioned matter. (Doc. 404.) Because alternate counsel was appointed on behalf of Defendant Timothy Weddle, the Court **GRANTS** Attorney Herman's motion and **WITHDRAWS** Attorney Herman from this matter. (Doc. 404.)

**IT IS SO ORDERED**.

Signed this 30th day of August, 2006.

/s/     David   RHerndon
**United States District Judge**