IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 05-CR-30015-DRH |
| ) | |
| TIMOTHY WEDDLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**HERNDON, District Judge:**

Before the Court is Defendant's Motion for Continuance of sentencing. (Doc. 432.) The motion is unopposed. The Court, being fully advised in the premises, **GRANTS** Defendant's motion. (Doc. 432.) The sentencing is now set for April 13, 2007 at 9:20 a.m.

**IT IS SO ORDERED**.

Signed this 11th day of October, 2006.

/s/      David   RHerndon
**United States District Judge**