IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-cr-30015-SMY |
| | ) |
| TIMOTHY D. WEDDLE, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Timothy D. Weddle pled guilty to Conspiracy to Distribute Controlled Substance (Count 1) and Possession with Intent to Sell, Distribute, or Dispense (Count 6). He was sentenced to 262 months imprisonment and 10 years of supervised release on April 17, 2007 (Doc. 581). Now pending before the Court is Weddle's *pro se* Motion for Early Termination of Supervised Release (Doc. 935), to which the United States and Probation object (Doc. 937).

After considering the relevant factors listed in 18 U.S.C. § 3553(a), the Court may terminate a defendant's term of supervised release at any time after he has served one year of the term if it is satisfied that early termination is warranted by the defendant's conduct and the interest of justice. 18 U.S.C. § 3583(e)(1); *United States v. Lowe*, 632 F.3d 996, 997 (7th Cir. 2011). Weddle has completed less than half of his term of supervised release and Probation reports that he recently tested positive for cocaine. The Government opposes early termination on that basis.

The Court agrees with the Government and finds that early termination of supervised release is not warranted at this time. Accordingly, Defendant's Motion for Early Termination of Supervised Release (Doc. 935) is **DENIED**. The Court is open to reconsidering early termination should Weddle remain in compliance for a period of 12 months.

**IT IS SO ORDERED.**

**DATED:  January 5, 2022**

STACI M. YANDLE
United States District Judge